FILED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk
RECEIVED IN
COURT OF CRIMINAL APPEALS

Denied
12/7/15
Only

PD-0772-15

COA No. 01-13-00920-CR

TRIAL CAUSE No. 12-09-09812

| | | |
|---|---|---|
| Lydell Anton Jones | § | IN THE CRIMINAL |
| VS... | § | COURT |
| THE STATE OF TEXAS | § | OF APPEALS DEC 07 2015 |
| | § | |

- - - - - - -

## MOTION FOR EXTENTION OF TIME TO RESEARCH.
## THEN FILE A MOTION FOR REHEARING • PRO-SE • AND
## FORMA PAUPERIS

Abel Acosta, Clerk

APPEALED FROM THE 221st JUDICIAL DISTRICT COURT
OF MONTGOMERY COUNTY, TEXAS

# TO THE HONORABLE JUDGE OF SAID COURT;

Come Now Lydell Jones, Petitioner, in the above styled and numbered cause of action whereby he now respectfully make a request for an extention of time which to obtain the research documents necessary to prepare his pro-se Motion for rehearing with Merit.

The court may extend the time for a party to file a Motion for rehearing under the authority of Texas Rules of Appellate procedure 49.8 Petitioner's Motion for rehearing is/was due on (December 3, 2015) Petitioner request an additional 90 days to file the Motion for rehearing extending the time until (March 3, 2016).

No extension has been granted to extend the time to file the Motion for rehearing.

# SAID PETITIONER, is a layman at law, therefore, he need the requested additional time to file the Motion for rehearing to obtain his documents in forma pauperis and research the More-so than a trained attorney would. Therefore in the interest of Justice he requests a 90 day extention for an rehearing Motion because: he is incarcerated in the TEXAS DEPARTMENT OF CRIMINAL JUSTICE (TDCJ), and as such is only permitted limited time in the unit's law library (10 hours per week); further he is unskilled in Matters of procedure, has no access to modern legal research commonaly used by attorney's (computers); he is untrained and unskilled in the practice of law.

## PRAYER

For these reasons Petitioner ask the to grant an extension of time to file the Motion for rehearing until (March 3. 2016)

Respectfully Submitted

*Lydell A. Jones*

Lydell Anton Jones
TDCJ # 01902538
H.H. Coffield Unit
Tennessee Colony, TX 75884

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to extend time to file the Motion for rehearing has been properly delivered to the clerk representing the Criminal Court of Appeals, by Mailing it to TRAVIS County District Clerk, court of Criminal Appeals P.O. Box 12308 Capitol Station Austin. Texas 78711 by U.S. POSTAL MAIL ON this 30th day of November 2015

*Lydell Jones*
LYDELL A. JONES